**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Dkt. 3:02CR50-002/RV** |
| | ) | |
| **BENJAMIN LUCAS CURRY** | ) | |

---

## ORDER CONTINUING AND MODIFYING SUPERVISION

THIS MATTER CAME on to be heard on June 29, 2006; there appearing Assistant U.S. Attorney Thomas Swaim; and the defendant, Benjamin Lucas Curry; appearing in person with counsel, Assistant Federal Public Defender Robert Dennis.  The defendant pled guilty as charged as to Violation Numbers 2 and 3, of the Petition for Warrant or Summons for Offender Under Supervision dated April 17, 2006. After receiving testimony and considering the statements of all parties and the information contained in the violation report, the Court did find the defendant in violation of his supervised release as to Violation Numbers 2 and 3, of the Petition for Warrant or Summons for Offender Under Supervision dated April 17, 2006. The Court orders these violations be held in abeyance and the defendant's term of supervised release is modified with the following additional special condition:

"The defendant shall reside at the Pensacola Community Corrections Center (halfway house) located at 225 East Brent Lane, Pensacola, Florida 32503, and remain there except as authorized by the facility for six (6) months.  The defendant shall be placed in the Corrections Component (most restrictive conditions) of the center, with no furloughs or weekend passes except as approved through the probation office. The offender shall surrender himself at the center no later than July 15, 2006, by 12:00 noon, or otherwise as directed by the probation office.

"While at the halfway house, the offender will continue to comply with the terms and conditions of his supervised release including the payment of his outstanding fine and participation in mental health counseling."

In all other respects, the previous judgment remains in full force and effect.

DONE AND ORDERED in Open Court at Pensacola, Florida, this 29th day of June, 2006.

/s/ *Roger Vinson*
Roger Vinson
Senior U.S. District Judge

Date Signed:   6/30/2006